NOWELL AMOROSO KLEIN BIERMAN, P.A.
155 Polifly Road
Hackensack, NJ 07601
(201) 343-5001
And
140 Broadway
PMB 46028
New York, New York 10005
Attorneys for Defendant,
Con-Way Freight, Inc.

08 CIV. 6515

JUDGE ROBINSON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVEE TAPE CO., INC.,

        Plaintiff,

v.

CNF, INC., CON-WAY, INC., CON-WAY
FREIGHT, INC., CON-WAY
TRANSPORATION SERVICES, INC.,
CON-WAY CENTRAL EXPRESS, INC.,
CON-WAY FREIGHT TRANSPORTATION
SERVICES and CON-WAY LOGISTICS, INC.,

        Defendants.

Civil Action No.:

DISCLOSURE PURSUANT TO RULE 7.1

---

Pursuant to Federal Rule of Civil Procedure 7.1, Con-Way Freight, Inc. states that the following are corporate parents and publicly held corporations that own 10% or more of its stock. See attached listing.

                                  **NOWELL AMOROSO KLEIN BIERMAN, P.A.**
                                  Attorneys for Defendant,
                                  Con-Way Freight, Inc.

By:    /s/ William D. Bierman
                William D. Bierman (WB 8955)
                NOWELL AMOROSO KLEIN BIERMAN, P.A.
                155 Polifly Road
                Hackensack, NJ 07601
                (201) 343-5001
                wbierman@nakblaw.com
                And
                140 Broadway
                PMB 46028
                New York, New York 10005
                wbierman@nakblaw.com
                Attorneys for Defendant,
                Con-Way Freight, Inc.

Dated: July 17, 2008

...


# CNF Inc.

- The CNF Transportation Company
- Vector SCM, LLC — CHART F
- WSCPI, Inc.
- Emery Air Freight Educational Foundation
- Emery Insurance Company Limited
- Emery Worldwide Airlines, Inc.
- Menlo Worldwide, LLC — CHART B
- Road Systems, Inc.
- Con-Way Air Express, Inc.
- Con-Way Land Holdings, LLC
- Con-Way Logistics, Inc.
- Con-Way NOW, Inc.
- Con-Way Transportation Services, Inc. — CHART A
- Centron Ltd.
- CNF Financial Services Corporation
- CNF Investments, Inc. — CHART G
- CNF Properties, Inc.
- CNF Service Company, Inc.

# CNF INC.
## CORPORATION OWNERSHIP ORGANIZATION
## SEPTEMBER 2003